IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:21-cv-01172-STV

THOMAS RAY MARTINEZ,

    Plaintiff,

v.

MILLERCOORS LLC GROUP INSURANCE PLAN,
MILLERCOORS LLC BENEFIT PLAN COMPLIANCE AND ADMINISTRATION
SUBCOMMITTEE, and MINNESOTA LIFE INSURANCE COMPANY,

    Defendants.

## AGREED ORDER OF DISMISSAL

The parties, having advised the Court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED this case is hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

DATED this 26th day of April, 2022.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge

**AGREED ORDER OF DISMISSAL**

AGREED:

| | |
|---|---|
| By: */s/ Susan P. Klopman (by permission)* <br> Susan P. Klopman <br> sklopman@hklawllc.com <br><br> **H&K LAW, LLC** <br> 3900 E. Mexico Ave. <br> Suite 330 <br> Denver, CO 80210 <br> (303) 749-0659 <br> (303) 927-0809 (Fax) <br><br> ATTORNEY FOR PLAINTIFF <br> THOMAS RAY MARTINEZ | By: */s/ Ryan K. McComber* <br> Ryan K. McComber <br> Texas Bar No. 24041428 <br> ryan.mccomber@figdav.com <br><br> **FIGARI + DAVENPORT, LLP** <br> 901 Main Street, Suite 3400 <br> Dallas, Texas 75202 <br> Telephone: (214) 939-2000 <br> Facsimile: (214) 939-2090 <br><br> ATTORNEYS FOR DEFENDANTS |

---

**AGREED ORDER OF DISMISSAL**